IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,    )
                             )
          v.                 )    Criminal No.
                             )
JAMES R. FISHER,             )
                             )
          Defendant.         )
_____)
```

MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to seal the accompanying Arrest Warrant, Complaint, Affidavit in Support of Arrest Warrant and Complaint, together with this Motion to Seal and proposed Order, until the United States makes a motion to unseal these documents.  The United States also moves to seal all subsequent associated filings and orders until further order of the Court.  In support of this motion, the United States represents the following:

Special Agents of the General Services Administration, Office of the Inspector General, the Federal Bureau of Investigation, the United States Department of the Treasury, the United States Small Business Administration, Office of Inspector General, and other agencies are conducting an investigation into corruption in General Services Administration contracting and

procurement. Disclosure of the filings may hinder or compromise this investigation. Disclosure may also encourage the defendants to destroy evidence, flee, or otherwise avoid arrest.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court sign the attached Order sealing the Arrest Warrant, Complaint, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.

    Respectfully submitted,

    WILLIAM M. WELCH II
    Chief, Public Integrity Section

By: _____
    DANIEL A. PETALAS
    RICHARD B. EVANS
    Trial Attorneys
    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Avenue, N.W., 12th Fl
    Washington, DC 20005
    (202) 514-1412