IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-512-M-01 |
| | ) | |
| JAMES R. FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the United States' Motion to Seal and for good cause shown, IT IS HEREBY ORDERED that the United States' Motion to Seal shall be, and hereby is, GRANTED, and that the Arrest Warrant, Complaint, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order shall remain under seal until further order of the Court.

ORDERED this OCT 24 2007 day of October, 2007.

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE