IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Magistrate Case |
| v. | ) ~~Criminal~~ No. 07-512-M-01 |
| | ) |
| JAMES R. FISHER | ) |
| | ) **UNDER SEAL** |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT,
CONTINUE PRELIMINARY HEARING
AND SET NEW DATE FOR STATUS CONFERENCE**

Comes now the United States of America, by and through its undersigned counsel, and the Defendant through his undersigned counsel, and pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following joint motion to exclude time under the Speedy Trial Act in the above-captioned matter, to continue preliminary hearing, and set another status conference for January 14, 2008.

The parties respectfully request a 60 day exclusion of time under the Speedy Trial Act from November 14, 2007 up to and including January 14, 2008. This request is made so that the parties can continue to work to agree upon a pre-indictment resolution of the case.

The Defendant and the Defendant's counsel have expressly authorized the filing of this joint motion. The Defendant and his counsel have signed below, acknowledging their consent to the relief requested in the motion.

Wherefore, the parties respectfully request that the Court grant the instant motion to exclude 60 days under the Speedy

Trial Act and to set another status conference for January 14, 2008.

    A proposed order is attached.


DATED: November 7, 2007

                      WILLIAM M. WELCH II
                      Chief
                      Public Integrity Section

                      _____
                      DANIEL A. PETALAS
                      RICHARD B. EVANS
                      Trial Attorneys
                      U.S. Department of Justice
                      Criminal Division
                      Public Integrity Section
                      1400 New York Ave., NW
                      Washington, DC 20005
                      (202) 514-1412
                      Dan.petalas@usdoj.gov
                      Richard.b.evans@usdoj.gov


                      _____
                      Cynthia Katkish, Esq.
                      601 Pennsylvania Ave. N.W.
                      Suite 900S
                      Washington, DC 20004-3615
                      202-639-8132
                      202-628-4258 (facsimile)
                      ckatkish1@comcast.net

                      Attorney for the Defendant

**DEFENDANT'S CONSENT**

I have read the Joint Motion to Exclude Time Under the Speedy Trial Act, Continue Preliminary Hearing, and Set New Date for Status Conference in its entirety and have discussed it with my attorney. I hereby acknowledge that I consent to the relief requested in the motion.

*James R. Fisher*                 Date: 11/7/2007
JAMES R. FISHER
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read the Joint Motion to Exclude Time Under the Speedy Trial Act, Continue Preliminary Hearing, and Set New Date for Status Conference in its entirety, reviewed it with my client, and discussed my client's rights under the Speedy Trial Act with him. I concur in my client's decision to consent to the relief requested in the motion.

*Cynthia Katkish*                Date: 11/7/07
CYNTHIA KATKISH
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 7th day of November, 2007, I caused to be served by regular mail a copy of the foregoing filing:

>Cynthia Katkish, Esq.
>Law Offices of Cynthia Katkish
>601 Pennsylvania Ave. NW,
>Suite 900 South Building
>Washington, DC. 20004

>DANIEL A. PETALAS
>Trial Attorney
>U.S. Department of Justice
>Criminal Division
>Public Integrity Section
>1400 New York Ave., NW
>Suite 12100
>Washington, DC 20530
>(202) 514-1412
>Dan.petalas@usdoj.gov