IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Magistrate Case No. 07-512-M-01 |
| ) | |
| JAMES R. FISHER, ) | |
| ) | **UNDER SEAL** |
| Defendant. ) | |
| ) | |

## CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, CONTINUE PRELIMINARY HEARING, AND SET NEW DATE FOR STATUS CONFERENCE

Comes now the United States of America, by and through its undersigned counsel, and pursuant to FED. R. CRIM. P. 5.1(d) hereby submits the following consent motion to exclude time under the Speedy Trial Act in the above-captioned matter, to continue preliminary hearing, and set another status conference for February 4, 2008.

The government respectfully requests an additional 21 day exclusion of time under the Speedy Trial Act from January 14, 2008 up to and including February 4, 2008. This request is made so that the parties can continue to work to agree upon a pre-indictment resolution of the case.

The United States has discussed this motion with Cynthia Katkish, Esq., counsel for the Defendant, and she has indicated that neither she nor the Defendant objects to the motion. The Defendant and counsel have expressly authorized the United States to file this motion and the Defendant consents to the relief requested in this motion.

Wherefore, the government respectfully requests that the Court grant the instant motion to exclude 21 additional days under the Speedy Trial Act and to set another status conference for February 4, 2008.

A proposed order is attached.

DATED: January 8, 2008

                      WILLIAM M. WELCH II
                      Chief
                      Public Integrity Section

                      DANIEL A. PETALAS
                      RICHARD B. EVANS
                      Trial Attorneys
                      U.S. Department of Justice
                      Criminal Division
                      Public Integrity Section
                      1400 New York Ave., NW
                      Washington, DC 20005
                      (202) 514-1412
                      Dan.petalas@usdoj.gov
                      Richard.b.evans@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 8th day of January, 2008, I caused to be served by regular mail a copy of the foregoing filing:

    Cynthia Katkish, Esq.
    Law Offices of Cynthia Katkish
    601 Pennsylvania Ave. NW,
    Suite 900 South Building
    Washington, DC. 20004

    _____
    DANIEL A. PETALAS
    Trial Attorney
    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Ave., NW
    Suite 12100
    Washington, DC 20530
    (202) 514-1412
    Dan.petalas@usdoj.gov