UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Magistrate No.   07-512-M-01 |
| : | |
| vs. : | |
| : | **UNDER SEAL** |
| : | |
| **JAMES FISHER,** : | |
| : | |
| Defendant. : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America, by and through the Criminal Division of the United States Department of Justice, informs the Court that the above-captioned matter has been assigned to Trial Attorneys Daniel A. Petalas and Richard B. Evans as Government Counsel, and this is a notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section


_/s/_____
Daniel A. Petalas
Trial Attorney


_/s/_____
Richard B. Evans
Trial Attorney

Public Integrity Section
Criminal Division
U.S. Department of Justice
10th Street & Constitution Ave., NW
Bond Building, 12th Floor
Washington, DC 20530
(202) 514-1412

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this ___ day of January, 2008, I caused to be served by regular mail a copy of the foregoing filing on the following counsel of record:

>Cynthia Katkish, Esq.
>Law Offices of Cynthia Katkish
>601 Pennsylvania Ave. NW
>Suite 900 South Building
>Washington, DC. 20004

_/s/_____
RICHARD B. EVANS
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Suite 12100
Washington, DC 20530
(202) 514-1412
richard.b.evans@usdoj.gov